UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EFREM WALKER

           Plaintiff(s),        Case No. 4:11-cv-13996

v.        Judge John Corbett O'Meara

GENESEE VALLEY PARTNERS, L.P.        Magistrate Judge Mark A. Randon

           Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Efrem Walker__

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐     No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: September 13, 2011        /s/ Pete M. Monismith

                                                                        PA - 84746
                                                                        Pete M. Monismith, PA
                                                                        3945 Forbes Ave.
                                                                        #175
                                                                        Pittsburgh, PA 15213
                                                                        724-610-1881
                                                                        pete@monismithlaw.com