UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EFREM WALKER, Individually,                    :
                                               :
                Plaintiff,                     :
                                               :
v.                                             :   Case No. 4:11-cv-13996
                                               :
GENESEE VALLEY PARTNERS, L.P..                 :
A Foreign Limited Partnership                  :
                                               :
                Defendant.                     :
_____/  :


## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as local counsel for Plaintiff Efrem Walker.

Dated this 13th day of September 2011.

                              Respectfully Submitted,

                              By: /s/ Steven M. Hyder
                              Steven M. Hyder
                              MI Bar No. P69875
                              Hyder Law Firm, PC
                              PO Box 2243
                              Monroe, MI 48161
                              734-757-4586
                              517-292-2251 Fax
                              hyders@priorityonelaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this 13th day of September 2011.


<u>/s/ Steven M. Hyder</u>
Steven M. Hyder
MI Bar No. P69875
Hyder Law Firm, PC
PO Box 2243
Monroe, MI 48161
734-757-4586
517-292-2251 Fax
hyders@priorityonelaw.com