UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

EFREM WALKER, Individually,          :
                                     :
         Plaintiff,                  :
                                     :
v.                                   :  Case No. 11-cv-13996
                                     :
GENESEE VALLEY PARTNERS, L.P..       :
A Foreign Limited Partnership        :
                                     :
         Defendant.                  :
_____/      :

STEVEN M. HYDER (P69875)              LOUIS THEROS
Hyder Law Firm, PC                    Butzel Long, a professional corporation
PO Box 2243                           150 W. Jefferson, Suite 100
Monroe, MI 4816                       Detroit, MI 48226
Telephone:  (734) 474-1195            (313) 225-7039 (direct)
hyders@priorityonelaw.com             (313) 225-7080 (fax)
                                      theros@butzel.com
PETE M. MONISMITH                     Attorney for Defendant
PETE M. MONISMITH, PA
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

## STIPULATED ORDER OF DISMISSAL

   The parties, through their respective counsel, having stipulated to a Dismissal of this matter,

and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, without costs or attorneys fees to either party.

Date: January 12, 2012                                          s/John Corbett O'Meara

                                                                   United States District Judge

Plaintiff Efrem Walker and Defendant Genesee Valley Partners, LP., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter without costs or attorneys fees to either party.

Respectfully submitted this 12th day of January 2012.

| | |
|---|---|
| STEVEN M. HYDER (P69875) | LOUIS THEROS |
| Hyder Law Firm, PC | Butzel Long, a professional corporation |
| PO Box 2243 | 150 W. Jefferson, Suite 100 |
| Monroe, MI 4816 | Detroit, MI 48226 |
| Telephone: (734) 474-1195 | (313) 225-7039 (direct) |
| hyders@priorityonelaw.com | (313) 225-7080 (fax) |
| | theros@butzel.com |
| PETE M. MONISMITH | Attorney for Defendant |
| PETE M. MONISMITH, PA | |
| 3945 Forbes Avenue, | |
| Suite #175 | |
| Pittsburgh, Pennsylvania 15213 | |
| Telephone: (724) 610-1881 | |
| Facsimile (412) 258-1309 | |
| Pete@monismithlaw.com | |
| *Attorneys for Plaintiff* | |